STEVEN G. KALAR
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-803 SI |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TERMINATING PROBATION |
| ) | |
| v. ) | |
| ) | |
| TAMMY THOMAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has considered the motion of Tammy Thomas to terminate her term of probation. Supervision commenced on October 21, 2008, and as such, Ms. Thomas has been on supervised probation for over 49 months of the 60 months ordered with no reported violations. The Court further notes that the government does not oppose the motion. Good cause appearing therefore, IT IS ORDERED that Ms. Thomas' motion is GRANTED, and that the five-year term of probation imposed in this case is TERMINATED forthwith, pursuant to 18 U.S.C. § 3564(c) and Federal Rule of Criminal Procedure 32.1(c).

Dated: December 13, 2012         _____
                                  THE HONORABLE SUSAN ILLSTON
                                  United States District Judge

No. CR-06-00803 SI; PROPOSED ORDER
TERMINATING PROB.                    1